PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 AUG 23 PH 3: 43

OFFICE OF THE CLERK

## United States District Court
### District of Nebraska

### District of Nebraska

| United States of America | ) | |
|---|---|---|
| | ) | |
| vs | ) | |
| James Anderson | ) | |
| | ) | Case No. 8:05CR114 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, James Anderson, have discussed with James M. Roberts, Pretrial Services Officer, modification of my release as follows:

(7)(k)The defendant shall reside at the **Arch Halfway House located at 604 South 37th Street, Omaha, Nebraska, (402)346-8898** at all times.  In the event the defendant is discharged from the facility for any reason, whatsoever, or leaves the premises of the facility without authorization, the United States Marshal and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    5/16/05    _____    8/16/05
Signature of Defendant       Date        Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    8-18-05
Signature of Defense Counsel    Date

[X]    The above modification of conditions of release is ordered, to be effective on **08/15/05**.

[ ]    The above modification of conditions of release is not ordered.

_____    8/23/05
Signature of Judicial Officer    Date